UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALLISON RAE MAHONY,<br><br>                Plaintiff,<br><br>     v.<br><br>FRANKLIN COUNTY JAIL,<br><br>                Defendant. | No. 4:17-CV-05124-EFS<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS** |

By Order filed November 30, 2017, the Court directed Ms. Mahony to comply with the filing fee requirements to commence this action by either paying the $400.00 filing fee under 28 U.S.C. § 1914, or submitting a certified copy of her trust fund account statement (or institutional equivalent) for the six months immediately preceding the filing of the complaint as required by 28 U.S.C. § 1915(a)(2). *See* ECF No. 6. A copy of this Order was mailed to Ms. Mahony at the Franklin County Jail, but returned as undeliverable on December 7, 2017. *See* ECF No. 7.

Although advised of the obligation to provide the Court with any change of address, *see* ECF No. 4, Ms. Mahony has not done so, nor has she filed anything further in this action.

//

/

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS -- 1

Accordingly, **IT IS ORDERED:**

1. This action is hereby **DISMISSED** without prejudice for failure to comply with the requirements of 28 U.S.C. §§ 1914 and 1915.
2. The Clerk's Office is directed to **ENTER** a judgment of dismissal without prejudice and **CLOSE** the file.
3. The Court certifies that any appeal of this dismissal would not be taken in good faith.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order and provide a copy to Plaintiff at a last known address.

**DATED** this  18th  day of January 2018.

s/Edward F. Shea
EDWARD F. SHEA
Senior United States District Judge

Q:\EFS\Civil\2017\17cv5124efs.ord.dismiss.docx

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS -- 2